**FILED - LN**

February 11, 2026 3:40 PM
CLERK  OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:__pjw_/_____    SCANNED BY:_____

Name: _____

Address: _____

_____

Phone Number: _____    E-mail Address: _____

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

**1:26-cv-468**

**Paul L. Maloney,
United States
District Judge**

ROBERT MCALRICH III

PLAINTIFF(S)

v.

CASE NUMBER: _____

SHELLPOINT

DEFENDANT(S)

***PRO SE* APPLICATION FOR**

**ELECTRONIC FILING AND SERVICE**

As the (Plaintiff/Defendant) _PLAINTIF_____ in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing (e-filing) and electronic service in this case.  I hereby affirm that:

1. I have reviewed Western District of Michigan Local Civil Rule 5.7 and the instructions available at the Pro Se E-Filing web page located on the Court's website.
2. I understand that if my application is approved, I hereby consent to receive electronic service of all electronically filed documents, and waive the right to receive documents in paper form.  This means I will receive all documents by e-mail in this case and not by U.S. mail.
3. I understand that if my use of the Case Management/Electronic Filing (CM/ECF) system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file and serve documents in paper.
4. I understand that I may not e-file on behalf of any other person in this or any other case.
5. I consent to Federal Rule of Civil Procedure 11 sanctions for any misconduct or misuse of electronic filing.
6. I have obtained a Public Access to Court Electronic Records (PACER) account.
7. I have regular access to the technical requirements necessary to successfully e-file:
   *Check all that apply*:

   ☑ A computer with Internet access.

   ☑ An e-mail account to receive notifications from the Court and notices from the e-filing system, that I am able to access on a daily basis.

   ☑ A scanner to convert documents that are only in paper format into electronic files.

   ☑ A printer or copier to create required paper copies such as chambers copies.

   ☑ A word processing program to create documents; and

   ☑ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only format in which documents can be e-filed.

Date: _2-11-26_____    Signature: _Robert McAlrich III_____