UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ROBERT M. MCALKICH, III,

       Plaintiff,                       Case No. 1:26–cv–00468–PLM–RSK

     v.                              Hon. Paul L. Maloney

SHELLPOINT MORTGAGE SERVICING,
LLC, et al.,

       Defendants.
_____/


## NOTICE OF RECEIPT OF CASE


       NOTICE is hereby given that this case has been received, and filed in this court on February 11, 2026.   It has been assigned the case number and judge set forth above.



                              CLERK OF COURT

Dated:  February 13, 2026     By:  _/s/ M. Garcia_____
                                  Deputy Clerk