UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT M. MCALKICH, III,

      Plaintiff,

                                        Case No. 1:26-cv-468

v.

                                        HONORABLE PAUL L. MALONEY

SHELLPOINT MORTGAGE SERVICING,
LLC, et al.,

      Defendants.

_____ /

## ORDER OF REFERENCE

**IT IS ORDERED** that under 28 U.S.C. § 636 and W.D. Mich. LCivR 72, this case is referred to Magistrate Judge Ray Kent for handling of all matters under § 636(a) and § 636(b)(1)(A) and for submission of recommendations on dispositive motions under § 636(b)(1)(B).

Dated:  February 13, 2026                         /s/ Paul L. Maloney
                                            Paul L. Maloney
                                          United States District Judge