UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT M. MCALKICH, III,

                                Case No. 1:26-cv-468

        Plaintiff,

                                Hon. Paul L. Maloney

v.

SHELLPOINT MORTGAGES
SERVICING, LLC, *et al.,*

        Defendants.

_____/

**ORDER**

This matter is now before the Court on *pro se* plaintiff Robert M. McAlkich, III's

application to be allowed the privilege of electronic filing and service in this Court (ECF No. 3).

Plaintiff is proceeding under W.D. Mich. LCivR 5.7, which allows *pro se* litigants to e-file under

the "Pro se E-Filing and Service Protocol" posted on the Court's Website.  *See* W.D. Mich. LCivR

5.7(d)(ii)(A) and 5.7(i)(iii).  Under this Protocol, "On a case by case basis, a judge may grant the

privilege of electronic filing and service to a non-prisoner pro se party."

In determining whether to grant plaintiff this privilege, the Court has reviewed the

filings in the present case.  After performing this review, the Court concludes that allowing plaintiff

the privilege of electronic filing is not warranted.  Specifically, allowing plaintiff to engage in

electronic filing will not promote the efficient operation of the Court or secure the just, speedy and

inexpensive determination of this lawsuit. *See Valassis Communications, Inc. v. Aetna Casualty

& Surety Company*,  97 F.3d 870, 873 (6th Cir. 1996) (local court rules "are designed as  internal

housekeeping rules to promote the efficient operation of the district courts"); W.D. Mich. LCivR

1

1.6 (this Court's local rules "shall be construed to achieve an orderly administration of the business of this Court and to secure the just, speedy and inexpensive determination of every action"). Accordingly, plaintiff's application (ECF No. 8) is **DENIED**.

        **IT IS SO ORDERED.**

Dated: February 23, 2026              /s/ Ray Kent
                                        RAY KENT
                                        United States Magistrate Judge