**FILED - LN**
April 16, 2026 10:28 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: EOD   SCANNED BY: eod 04/15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ROBERT M. McALKICH III,**
  Plaintiff,

v.

**SHELLPOINT MORTGAGE SERVICING, LLC**
(f/k/a Newrez LLC d/b/a Shellpoint Mortgage Servicing),

**STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY,**

**EQUIFAX INFORMATION SERVICES LLC,**
  Defendants.

_____/

Case No. 1:26-cv-468

Hon. Paul L. Maloney

**MOTION FOR SERVICE OF SUMMONS AND AMENDED COMPLAINT BY U.S. MARSHAL**

Plaintiff Robert M. McAlkich III, proceeding pro se, moves for an Order directing service of the summons and Amended Complaint by the United States Marshal, and states:

1. Plaintiff is proceeding in this action pro se.

2. Plaintiff has been granted leave to proceed in forma pauperis in this matter.

3. Plaintiff is filing an Amended Complaint, which supersedes the original complaint.

4. Plaintiff has not yet completed service of the original complaint.

5. Plaintiff is unable to afford the costs of service of process.

6. Under Federal Rule of Civil Procedure 4(c)(3), the Court must order that service be made by a United States marshal or deputy marshal when the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915.

7. Plaintiff therefore requests that the Court direct the United States Marshal to serve the summons and Amended Complaint on all named Defendants.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order directing the United States Marshal to serve the summons and Amended Complaint upon:

a. Shellpoint Mortgage Servicing, LLC;

b. State Auto Property & Casualty Insurance Company; and

c. Equifax Information Services LLC;

and grant such other relief as the Court deems just and proper.

Respectfully submitted,

Robert M. McAlkich III, Pro Se
8698 Community Boulevard
Warren, Michigan 48093
231-413-8458
Mcalkich9716285110@gmail.com

## CERTIFICATE OF SERVICE

I certify that on April 4, 2026, I mailed or otherwise submitted a true and correct copy of the foregoing document to the Clerk of the Court for filing.

I further certify that, as of the date of this filing, no Defendant or attorney for any Defendant has entered an appearance in this matter, and therefore there is no appearing party to serve at this time.

_____

Robert M. McAlkich III