UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ROBERT M. McALKICH III,**
  Plaintiff,

v.

**SHELLPOINT MORTGAGE SERVICING, LLC**
(f/k/a Newrez LLC d/b/a Shellpoint Mortgage Servicing),

**STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY,**

**EQUIFAX INFORMATION SERVICES LLC,**
  Defendants.
_____/

Case No. 1:26-cv-468
Hon. Paul L. Maloney

**ORDER FOR SERVICE BY U.S. MARSHAL**

This matter having come before the Court on Plaintiff's Motion for Service of Summons and Amended Complaint by U.S. Marshal, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.

IT IS FURTHER ORDERED that the United States Marshal shall serve the summons and Amended Complaint upon Defendants Shellpoint Mortgage Servicing, LLC, State Auto Property & Casualty Insurance Company, and Equifax Information Services LLC.

IT IS SO ORDERED.

Dated:_____          _____

Paul L. Maloney

United States District Judge