UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT M. MCALKICH, III,

      Plaintiff,

v.

                                    Hon. Paul L. Maloney

                                    Case No. 1:26-cv-468

SHELLPOINT MORTGAGE SERVICING,
LLC, et al.,

      Defendants.

_____/

## CONDITIONAL ORDER STRIKING PLEADING OR OTHER PAPER

Robert M. McAlkich, III has submitted the following unsigned document, in violation of Fed. R. Civ. P. 11(a):

Amended Complaint – ECF No. [8]

This document will be deemed automatically stricken from the record, without the necessity of a further order of court, unless Robert M. McAlkich, III files a signature page (attached) within 21 days of the date of this order.

IT IS SO ORDERED

Date:  April 16, 2026
mlc

        /s/ Ray Kent
        RAY KENT
        U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT M. MCALKICH, III,

     Plaintiff,

                                    Hon. Paul L. Maloney

v.

                                    Case No. 1:26-cv-468

SHELLPOINT MORTGAGE SERVICING,
LLC, et al.,

     Defendants.

_____/

**SIGNATURE PAGE FOR:**

Amended Complaint – ECF No. [8]

     The foregoing document is hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

_____

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE AS REQUIRED BY THE ATTACHED ORDER.