UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED - LN**
April 17, 2026 2:50 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: EOD   SCANNED BY: eod 04/17

ROBERT M. McALKICH, III,

    Plaintiff,

v.

SHELLPOINT MORTGAGE SERVICING,
LLC, et al.,

    Defendants.

_____/

Hon. Paul L. Maloney

Case No. 1:26-cv-468

**SIGNATURE PAGE FOR:**

Amended Complaint – ECF No. [8]

The foregoing document is hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE AS REQUIRED BY THE ATTACHED ORDER.