UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ROBERT M. MCALKICH, III,

        Plaintiff,

v.

SHELLPOINT MORTGAGE
SERVICING, LLC and STATE
AUTO PROPERTY & CASUALTY
INSURANCE COMPANY,

        Defendants.

_____/

Case No.: 1:26-cv-468

Hon. Paul L. Maloney

**ORDER**

This matter is now before the Court on plaintiff's "Motion for service of summons and amended complaint by U.S. Marshal" (ECF No. 9).  Plaintiff has been granted *in forma pauperis* status.  Upon due consideration, plaintiff's motion for service is **GRANTED**.

**IT IS SO ORDERED**.


Dated:  April 23, 2026

/s/ Ray Kent
RAY KENT
United States Magistrate Judge