FILED
May 19, 2026 9:35 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: jlg / SCANNED BY: NB 5/19/26

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTR

Robert M. McAlkich, III

v.

Shellpoint Mortgage Servicing, LLC

Case No. 1:26-cv-468
Hon. Paul L. Maloney

TO: Equifax Information Services, LLC
ADDRESS: c/o CSC-Lawyers Incorporating Service (Company)
3410 Belle Chase Way, Ste., 600
Lansing, MI 48911

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Robert M. McAlkich, III
8698 Community Boulevard
Warren, MI 48093

CLERK OF COURT

By: Deputy Clerk

April 23, 2026
Date

---

## PROOF OF SERVICE

This summons for ___Equifax Information Services, LLC___ was received by me on ___4-23-26___.
(name of individual and title, if any)      (date)

☐ I personally served the summons on the individual at _____
(place where served)
on _____.
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☒ I served the summons on ___Chelsy Fortino___, who is designated by law to accept service
(name of individual)
of process on behalf of ___CSC Lawyers Inc___ on ___5-18-26___.
(name of organization)      (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: ___5-19-26___

_____
Server's signature

Additional information regarding attempted service, etc.: ___Deputy Kol___
Server's printed name and title

___315 w Allegan st Lansing___
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Robert M. McAlkich, III

v.

Shellpoint Mortgage Servicing, LLC

Case No. 1:26-cv-468
Hon. Paul L. Maloney

TO: State Auto Property & Casualty Insurance Company
ADDRESS: c/o CSC-Lawyers Incorporating Service (Company)
3410 Belle Chase Way, Ste., 600
Lansing, MI 48911

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Robert M. McAlkich, III
8698 Community Boulevard
Warren, MI 48093

CLERK OF COURT

April 23, 2026

By: Deputy Clerk — Date

---

## PROOF OF SERVICE

This summons for __State Auto Property & Casualty Insurance Company__ was received by me on __4-23-26__.
(name of individual and title, if any) (date)

☐ I personally served the summons on the individual at _____
(place where served)
on _____.
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☒ I served the summons on __Chelsy Fortino__, who is designated by law to accept service
(name of individual)
of process on behalf of __CSC-Lawyers Inc__ on __5-18-26__.
(name of organization) (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: __5-19-26__

_____
Server's signature

Additional information regarding attempted service, etc.:

__Deputy K-1__
Server's printed name and title

__315 W Allegan St Lansing__
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Robert M. McAlkich, III

v.

Shellpoint Mortgage Servicing, LLC

Case No. 1:26-cv-468
Hon. Paul L. Maloney

TO: Shellpoint Mortgage Servicing, LLC
ADDRESS: formerly known as Newrez, LLC
c/o CSC-Lawyers Incorporating Service (Company)
3410 Belle Chase Way, Ste., 600
Lansing, MI 48911

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Robert M. McAlkich, III
8698 Community Boulevard
Warren, MI 48093

CLERK OF COURT



By: Deputy Clerk

April 23, 2026
Date

---

## PROOF OF SERVICE

This summons for _____ Shellpoint Mortgage Servicing, LLC _____ was received by me on ___ 4-23-26 ___.
(name of individual and title, if any)      (date)

☐ I personally served the summons on the individual at _____
(place where served)
on _____.
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☒ I served the summons on ___ Chelsy Fortino ___, who is designated by law to accept service
(name of individual)
of process on behalf of ___ CSC - Lawyers Inc ___ on ___ 5-18-26 ___.
(name of organization)     (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: __ 5-19-26 __

_____
Server's signature

Additional information regarding attempted service, etc.: ___ Deputy K-1 ___
Server's printed name and title

315 w Allegan st Lansing
Server's address