WDMI Corporate Disclosure Statement pursuant to Fed.R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4  (4/06)

Reset Form

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ROBERT M. MCALKICH, III,

          Plaintiff(s),

          Case No.   1:26-cv-00468-PLM-RSK

v.

EQUIFAX INFORMATION SERVICES,
LLC, et al.

          Hon. Paul L. Maloney

          Defendant(s).

_____/

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1,

makes the following disclosure:

_____
Equifax Information Services, LLC
(Party Name)

1. Is party a publicly held corporation or other publicly held entity? ☑ Yes  ☐ No

2. Does party have any parent corporations? ☑ Yes  ☐ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

   Equifax Inc.

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes  ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes  ☑ No
   If yes, identify entity and nature of interest:

Date: _____
June 4, 2026

_____
/s/ Jordan S. Bolton
(Signature)

Jordan S. Bolton (P66309)

Taft Law
27777 Franklin Rd
Suite 2500
Southfield, Michigan 48034
248-351-3000
JBolton@taftlaw.com