**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ROBERT M. MCALKICH, III,

      Plaintiff,

    v.

SHELLPOINT MORTGAGE SERVICING, LLC,
STATE AUTO PROPERTY & CASUALTY
INSURANCE COMPANY, and EQUIFAX
INFORMATION SERVICES, LLC,

      Defendants.

Case No. 1:26-cv-00468-PLM-RSK

Hon. Paul L. Maloney

### STIPULATED ORDER FOR EXTENSION OF TIME FOR EQUIFAX INFORMATION SERVICES, LLC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff, Robert M. McAlkich III,  filed a Complaint on or about April 16, 2026. Defendant Equifax Information Services, LLC was served on May 18, 2026. The response to the Complaint is currently due on or before June 8, 2026.  Equifax is still conducting an investigation into the allegations in order to prepare its Answer, and also plans to engage in early settlement negotiations with Plaintiff.

Accordingly, it is stipulated and agreed to by Pro Se Plaintiff and Defendant Equifax, that Defendant Equifax Information Services LLC's time to answer or otherwise respond to Plaintiff's Complaint in this action is extended to June 25, 2026.  This stipulated order is filed in good faith, not intended to cause delay, and will not prejudice any parties.

IT IS HEREBY ORDERED that Defendant Equifax Information Services, LLC is given until June 25, 2026, to answer Plaintiff's Complaint.

**SO ORDERED** this _____ day of _____, 2026.

_____

Hon. Paul L. Maloney
United States District Court Judge

**Stipulated to this 4th day of June by:**

| | |
|---|---|
| _/s/ Jordan S. Bolton_ | _/s/ Robert M. McAlkich (w/express permission)_ |
| Jordan S. Bolton (P66309) | Robert M. McAlkich |
| Taft Stettinius & Hollister LLP | 8698 Community Blvd. |
| 27777 Franklin Rd, Suite 2500 | Warren, MI 48093 |
| Southfield, MI 48034 | (231) 416-8458 |
| (248) 351-3000 | mcalkich9716285110@gmail.com |
| jbolton@taftlaw.com | _Pro Se Plaintiff_ |
| _Attorney for Defendant Equifax_ | |
| _Information Services LLC_ | |

2