**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| ROBERT M. MCALKICH, III, | Case No. 1:26-cv-00468-PLM-RSK |
| Plaintiff, | Hon. Paul L. Maloney |
| v. | |
| SHELLPOINT MORTGAGE SERVICING, LLC, STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY, and EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

**DEFENDANT NEWREZ, LLC D/B/A SHELLPOINT MORTGAGE SERVICING'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Newrez, LLC d/b/a Shellpoint Mortgage Servicing, erroneously sued under its fictitious business name, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    Yes    X    No

2. Does party have any parent corporations?

    Yes    X    No

**Newrez, LLC d/b/a Shellpoint Mortgage Servicing is a wholly owned subsidiary of NewRezHoldings LLC f/k/a Shellpoint Partners LLC, a Delaware limited liability company. NewRezHoldings LLC f/k/a Shellpoint Partners LLC is a wholly owned subsidiary of NRM Acquisition LLC and NRM Acquisition II LLC, Delaware limited liability companies. Both NRM Acquisition entities are wholly owned subsidiaries of New Residential Mortgage LLC, a Delaware limited liability company. New Residential Mortgage LLC is a wholly owned subsidiary of RithmCapital Corp. a Delaware corporation. Rithm Capital Corp., f/k/a New Residential Investment Corp., is publicly traded on the New York Stock Exchange under the**

**ticker symbol RITM, and was previously traded under the ticker symbol NRZ.**

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?

__X__ Yes            _____ No

If yes, identify all such owners:

**Rithm Capital Corp., fka New Residential Investment Corp., is publicly traded on the New York Stock Exchange under the ticker symbol RITM, and was previously traded under the ticker symbol NRZ.**

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

_____ Yes            __X__ No

If yes, identify entity and nature of interest:

N/A

Dated: June 8, 2026

**HUSCH BLACKWELL LLP**
*Attorneys for Defendant Newrez, LLC d/b/a Shellpoint Mortgage Servicing*

By: */s/ AJ Fabianczyk*
AJ Fabianczyk (WI 1101448)
HUSCH BLACKWELL LLP
120 S. Riverside Plaza, Suite 2200
Chicago, IL 60606
Phone: (312) 655-1500
Facsimile: (312) 655-1501
Email: AJ.Fabianczyk@huschblackwell.com