**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ROBERT M. MCALKICH, III,

      Plaintiff,

    v.

SHELLPOINT MORTGAGE SERVICING, LLC,
STATE AUTO PROPERTY & CASUALTY
INSURANCE COMPANY, and EQUIFAX
INFORMATION SERVICES, LLC,

      Defendants.

Case No. 1:26-cv-00468-PLM-RSK

Hon. Paul L. Maloney

**STIPULATED ORDER FOR EXTENSION OF TIME FOR EQUIFAX**
**INFORMATION SERVICES, LLC TO ANSWER OR OTHERWISE RESPOND**
**TO PLAINTIFF'S COMPLAINT**

Plaintiff, Robert M. McAlkich III,  filed a Complaint on or about April 16, 2026. Defendant

Equifax Information Services, LLC was served on May 18, 2026. The response to the Complaint

is currently due on or before June 8, 2026.  Equifax is still conducting an investigation into the

allegations in order to prepare its Answer, and also plans to engage in early settlement negotiations

with Plaintiff.

Accordingly, it is stipulated and agreed to by Pro Se Plaintiff and Defendant Equifax, that

Defendant Equifax Information Services LLC's time to answer or otherwise respond to Plaintiff's

Complaint in this action is extended to June 25, 2026.  This stipulated order is filed in good faith,

not intended to cause delay, and will not prejudice any parties.

IT IS HEREBY ORDERED that Defendant Equifax Information Services, LLC is given

until June 25, 2026, to answer Plaintiff's Complaint.

**SO ORDERED** this 10th day of June, 2026.


/s/ Ray Kent
RAY KENT
United States District Court Judge


**Stipulated to this 4th day of June by:**

 */s/ Jordan S. Bolton*
Jordan S. Bolton (P66309)
Taft Stettinius & Hollister LLP
27777 Franklin Rd, Suite 2500
Southfield, MI 48034
(248) 351-3000
jbolton@taftlaw.com
*Attorney for Defendant Equifax*
*Information Services LLC*

*/s/ Robert M. McAlkich (w/express permission)*
Robert M. McAlkich
8698 Community Blvd.
Warren, MI 48093
(231) 416-8458
mcalkich9716285110@gmail.com
*Pro Se Plaintiff*