**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ROBERT M. MCALKICH, III,

      Plaintiff,

    v.

SHELLPOINT MORTGAGE SERVICING, LLC,
STATE AUTO PROPERTY & CASUALTY
INSURANCE COMPANY, and EQUIFAX
INFORMATION SERVICES, LLC,

      Defendants.

Case No. 1:26-cv-00468-PLM-RSK

Hon. Paul L. Maloney

**STIPULATED ORDER FOR EXTENSION OF TIME FOR NEWREZ, LLC D/B/A
SHELLPOINT MORTGAGE SERVICING TO ANSWER OR OTHERWISE
RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff Robert M. McAlkich III ("Plaintiff") filed a Complaint on or about April 16, 2026.

Defendant Newrez, LLC d/b/a Shellpoint Mortgage Servicing ("Defendant"), named in the

Complaint as Shellpoint Mortgage Servicing, LLC, was served on May 18, 2026. The response to

the Complaint is currently due on or before June 8, 2026. Newrez, LLC d/b/a Shellpoint Mortgage

Servicing and Plaintiff have agreed to engage in early settlement negotiations.

Accordingly, it is stipulated and agreed to by Plaintiff and Defendant that Defendant's time

to answer or otherwise respond to the Complaint is extended to June 25, 2026.  This stipulated order

is filed in good faith, is not intended to cause delay, and will not prejudice any parties.

IT IS HEREBY ORDERED that Defendant Newrez, LLC d/b/a Shellpoint Mortgage

Servicing is given until June 25, 2026, to answer or otherwise respond to Plaintiff's Complaint.

1

**SO ORDERED** this ____10th____ day of ____June____, 2026.


/s/ Ray Kent
_____
RAY KENT
United States Magistrate Judge


**Stipulated to this 8th day of June by:**


/s/ AJ Fabianczyk

AJ Fabianczyk (WI 1101448)
HUSCH BLACKWELL LLP
120 S. Riverside Plaza, Suite 2200
Chicago, IL 60606
Phone: (312) 655-1500
Facsimile: (312) 655-1501
Email:
AJ.Fabianczyk@huschblackwell.com
*Attorney for Defendant Newrez, LLC d/b/a Shellpoint Mortgage Servicing*

/s/ Robert M. McAlkich (w/express permission)
Robert M. McAlkich
8698 Community Blvd.
Warren, MI 48093
(231) 413-8458
mcalkich9716285110@gmail.com
*Pro Se Plaintiff*