UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT M. MCALKICH III,

       Plaintiff,

v.

SHELLPOINT MORTGAGE SERVICING,
LLC (f/k/a NEWREZ LLC d/b/a Shellpoint
Mortgage Servicing), STATE AUTO
PROPERTY & CASUALTY INSURANCE
COMPANY (a Subsidiary or Affiliate of
Liberty Mutual Insurance Company),
EQUIFAX INFORMATION SERVICES
LLC,

       Defendants.

Case No. 1:26-cv-468
Hon. Paul L. Maloney

| | |
|---|---|
| ROBERT M. MCALKICH III<br>Pro Se<br>8698 Community Boulevard<br>Warren, MI  48093<br>231-413-8458<br>Mcalkich9716285110@gmail.com | WALTER JAMES FITZGIBBONS (P43520)<br>Law Office of Jason Seifert<br>Attorney for Defendant STATE AUTO<br>PROPERTY & CASUALTY INSURANCE<br>COMPANY<br>PO Box 6835<br>Scranton, PA 18505<br>248-223-0120 / Fax: 603-334-9174<br>walter.fitzgibbons@libertymutual.com |

## DEFENDANT STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT

NOW COMES THE DEFENDANT, STATE AUTO PROPERTY & CASUALTY

INSURANCE COMPANY, by and through its attorneys, Law Office of Jason Seifert, by Attorney

Walter James Fitzgibbons, and in answer to Plaintiff's Original Complaint, states as follows:

### AMENDED COMPLAINT INTRODUCTION

1. Denied in the form and fashion stated, because the allegations are untrue, including

subparagraphs a) – e). Defendant denies liability in this matter.

2.  Defendant admits any duties imposed by law but denies the breach of any such duties and that any applicable policy speaks for itself. Defendant neither admits nor denies the remainder of the allegations in the form and fashion stated and leaves Plaintiff to his proofs. Defendant denies liability in this matter.

3.  Neither admitted nor denied in the form and fashion stated, for lack of information to plead more definitely, Defendant leaves the Plaintiff to his proofs.

4.  Neither admitted nor denied in the form and fashion stated, for lack of information to plead more definitely, Defendant leaves the Plaintiff to his proofs.

5.  Neither admitted nor denied in the form and fashion stated, for lack of information to plead more definitely, Defendant leaves the Plaintiff to his proofs.

6.  Neither admitted nor denied in the form and fashion stated, for lack of information to plead more definitely, Defendant leaves the Plaintiff to his proofs.

7.  Neither admitted nor denied in the form and fashion stated, for lack of information to plead more definitely, Defendant leaves the Plaintiff to his proofs.

8.  Neither admitted nor denied in the form and fashion stated, for lack of information to plead more definitely, Defendant leaves the Plaintiff to his proofs.

9.  Neither admitted nor denied in the form and fashion stated, for lack of information to plead more definitely, Defendant leaves the Plaintiff to his proofs.

10. Denied in the form and fashion stated, because the allegations are untrue. Defendant denies liability in this matter.

11. Neither admitted nor denied in the form and fashion stated, for lack of information to plead more definitely, Defendant leaves the Plaintiff to his proofs. Defendant denies liability in this matter.

12. Neither admitted nor denied in the form and fashion stated, including subparagraphs a) – c), for lack of information to plead more definitely, Defendant leaves the Plaintiff to his proofs. Defendant denies liability in this matter.

## PARTIES

13. Neither admitted nor denied, for lack of information to plead more definitely, Defendant leaves the Plaintiff to his proofs.

14. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

15. Neither admitted nor denied in the form and fashion stated, for lack of information to plead more definitely, Defendant leaves the Plaintiff to his proofs. Defendant denies liability in this matter.

16. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

## JURISDICTION AND VENUE

17. Neither admitted nor denied in the form and fashion stated, for lack of information to plead more definitely, Defendant leaves the Plaintiff to his proofs.

18. Neither admitted nor denied in the form and fashion stated, for lack of information to plead more definitely, Defendant leaves the Plaintiff to his proofs.

19. Neither admitted nor denied in the form and fashion stated, for lack of information to plead more definitely, Defendant leaves the Plaintiff to his proofs.

## FACTUAL ALLEGATIONS
### A. THE MORTGAGE LOAN AND INSURANCE POLICY

20. Neither admitted nor denied in the form and fashion stated, for lack of information to plead more definitely, Defendant leaves the Plaintiff to his proofs.

21. Defendant admits any duties imposed by law but denies the breach of any such duties and that any applicable policy speaks for itself. Defendant neither admits nor denies the

remainder of the allegations in the form and fashion stated and leaves Plaintiff to his proofs. Defendant denies liability in this matter.

## B. THE FIRE AND STATE AUTO'S CLAIM HANDLING

22. Neither admitted nor denied in the form and fashion stated, for lack of information to plead more definitely, Defendant leaves the Plaintiff to his proofs.

23. Neither admitted nor denied in the form and fashion stated, for lack of information to plead more definitely, Defendant leaves the Plaintiff to his proofs. Defendant denies liability in this matter.

24. Neither admitted nor denied in the form and fashion stated, for lack of information to plead more definitely, Defendant leaves the Plaintiff to his proofs. Defendant denies liability in this matter.

25. Neither admitted nor denied in the form and fashion stated, for lack of information to plead more definitely, Defendant leaves the Plaintiff to his proofs. Defendant denies liability in this matter.

26. Neither admitted nor denied in the form and fashion stated, for lack of information to plead more definitely, Defendant leaves the Plaintiff to his proofs. Defendant denies liability in this matter.

27. Neither admitted nor denied in the form and fashion stated, for lack of information to plead more definitely, Defendant leaves the Plaintiff to his proofs. Defendant denies liability in this matter.

## C. SHELLPOINT'S JULY AND SEPTEMBER 2023 PAYOFF QUOTES

28. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

29. Neither admitted nor denied in the form and fashion stated, for lack of information to plead more definitely, Defendant leaves the Plaintiff to his proofs. Defendant denies liability in this matter.

30. Neither admitted nor denied in the form and fashion stated, for lack of information to plead more definitely, Defendant leaves the Plaintiff to his proofs. Defendant denies liability in this matter.

31. Neither admitted nor denied in the form and fashion stated, for lack of information to plead more definitely, Defendant leaves the Plaintiff to his proofs. Defendant denies liability in this matter.

32. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

### D. STATE AUTO'S MORTGAGEE PAYMENT

33. Neither admitted nor denied in the form and fashion stated, for lack of information to plead more definitely, Defendant leaves the Plaintiff to his proofs. Defendant denies liability in this matter.

34. Neither admitted nor denied in the form and fashion stated, for lack of information to plead more definitely, Defendant leaves the Plaintiff to his proofs. Defendant denies liability in this matter.

35. Neither admitted nor denied in the form and fashion stated, for lack of information to plead more definitely, Defendant leaves the Plaintiff to his proofs. Defendant denies liability in this matter.

36. Neither admitted nor denied in the form and fashion stated, for lack of information to plead more definitely, Defendant leaves the Plaintiff to his proofs. Defendant denies liability in this matter.

### E. SHELLPOINT'S POST-PAYMENT CONDUCT

37. Neither admitted nor denied in the form and fashion stated, for lack of information to plead more definitely, Defendant leaves the Plaintiff to his proofs. Defendant denies liability in this matter.

38. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

39. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

40. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

41. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

42. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

43. Neither admitted nor denied, as this allegation does not pertain to this Defendant, including subparagraphs a) – c).

44. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

45. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

46. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

47. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

48. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

### G. EQUIFAX REPORTING AND MIXED FILE

49. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

50. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

51. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

52. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

53. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

54. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

55. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

### H. SHELLPOINT AS FURNISHER

56. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

57. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

58. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

## I. TROTT'S DEBT-COLLECTION COMMUNICATIONS

59. Neither admitted nor denied in the form and fashion stated, for lack of information to plead more definitely, Defendant leaves the Plaintiff to his proofs. Defendant denies liability in this matter.

60. Neither admitted nor denied in the form and fashion stated, for lack of information to plead more definitely, Defendant leaves the Plaintiff to his proofs. Defendant denies liability in this matter.

61. Neither admitted nor denied in the form and fashion stated, for lack of information to plead more definitely, Defendant leaves the Plaintiff to his proofs. Defendant denies liability in this matter.

62. Neither admitted nor denied in the form and fashion stated, for lack of information to plead more definitely, Defendant leaves the Plaintiff to his proofs. Defendant denies liability in this matter.

63. Neither admitted nor denied in the form and fashion stated, for lack of information to plead more definitely, Defendant leaves the Plaintiff to his proofs. Defendant denies liability in this matter.

## COUNT I CONVERSION / STATUTORY CONVERSION (AGAINST SHELLPOINT)

64. All previous answers given by Defendant are hereby incorporated by reference, in response to the incorporated paragraphs listed by Plaintiff.

65. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

66. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

67. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

68. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

69. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

70. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

## COUNT II FAIR CREDIT REPORTING ACT 15 U.S.C. §§ 1681E(B) AND 1681I(A) (AGAINST EQUIFAX)

71. All previous answers given by Defendant are hereby incorporated by reference, in response to the incorporated paragraphs listed by Plaintiff.

72. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

73. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

74. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

75. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

76. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

77. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

78. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

## COUNT III FAIR CREDIT REPORTING ACT 15 U.S.C. § 1681S-2(B) (AGAINST SHELLPOINT)

79. All previous answers given by Defendant are hereby incorporated by reference, in response to the incorporated paragraphs listed by Plaintiff.

80. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

81. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

82. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

83. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

84. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

85. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

## COUNT IV REAL ESTATE SETTLEMENT PROCEDURES ACT / SERVICING ACCOUNTING FAILURES (AGAINST SHELLPOINT)

86. All previous answers given by Defendant are hereby incorporated by reference, in response to the incorporated paragraphs listed by Plaintiff.

87. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

88. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

89. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

90. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

91. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

92. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

93. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

94. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

95. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

## COUNT V WRONGFUL FORECLOSURE / FORECLOSURE BASED ON IMPROPER ACCOUNTING (AGAINST SHELLPOINT)

96. All previous answers given by Defendant are hereby incorporated by reference, in response to the incorporated paragraphs listed by Plaintiff.

97.  Neither admitted nor denied, as this allegation does not pertain to this Defendant.

98. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

99. Neither admitted nor denied, as this allegation does not pertain to this Defendant.

100.  Neither admitted nor denied, as this allegation does not pertain to this Defendant.

101.  Neither admitted nor denied, as this allegation does not pertain to this Defendant.

### COUNT VI DECLARATORY RELIEF (AGAINST STATE AUTO)

102.  All previous answers given by Defendant are hereby incorporated by reference, in response to the incorporated paragraphs listed by Plaintiff.

103.  Denied in the form and fashion stated, because the allegations are untrue. Defendant denies liability in this matter.

104.  Denied in the form and fashion stated, because the allegations are untrue. Defendant denies liability in this matter.

105.  Neither admitted nor denied in the form and fashion stated, for lack of information to plead more definitely, Defendant leaves the Plaintiff to his proofs. Defendant denies liability in this matter.

106.  Denied in the form and fashion stated, because the allegations are untrue. Defendant denies liability in this matter.

107.  Denied in the form and fashion stated, because the allegations are untrue. Defendant denies liability in this matter.

108.  Denied in the form and fashion stated, because the allegations are untrue. Defendant denies liability in this matter.

**COUNT VII UNJUST ENRICHMENT / MONEY HAD AND RECEIVED (AGAINST SHELLPOINT, IN THE ALTERNATIVE)**

109.  All previous answers given by Defendant are hereby incorporated by reference, in response to the incorporated paragraphs listed by Plaintiff.

110.  Neither admitted nor denied, as this allegation does not pertain to this Defendant.

111.  Neither admitted nor denied, as this allegation does not pertain to this Defendant.

**COUNT VIII BREACH OF CONTRACT (AGAINST SHELLPOINT)**

112.  All previous answers given by Defendant are hereby incorporated by reference, in response to the incorporated paragraphs listed by Plaintiff.

113.  Neither admitted nor denied, as this allegation does not pertain to this Defendant.

114.  Neither admitted nor denied, as this allegation does not pertain to this Defendant.

115.  Neither admitted nor denied, as this allegation does not pertain to this Defendant.

116.  Neither admitted nor denied, as this allegation does not pertain to this Defendant.

117.  Neither admitted nor denied, as this allegation does not pertain to this Defendant.

118.  Neither admitted nor denied, as this allegation does not pertain to this Defendant.

119.  Neither admitted nor denied, as this allegation does not pertain to this Defendant.

120.  Neither admitted nor denied, as this allegation does not pertain to this Defendant.

121.  Neither admitted nor denied, as this allegation does not pertain to this Defendant.

## PRAYER FOR RELIEF

122.  Neither admitted nor denied, as this allegation does not pertain to this Defendant.

123.  Neither admitted nor denied, as this allegation does not pertain to this Defendant.

124.  Denied in the form and fashion stated, because the allegations are untrue. Defendant denies liability in this matter.

125.  This Defendant hereby relies upon the Jury Demand as previously made in the case herein.

126. Defendant prays for a judgment in its favor, of "no cause of action," dismissal of the Complaint, together with awarding of costs, attorney fees, and all other expenses incurred in the defense of this action so wrongfully brought.

127. Defendant prays for a judgment in its favor, of "no cause of action," dismissal of the Complaint, together with awarding of costs, attorney fees, and all other expenses incurred in the defense of this action so wrongfully brought.

## JURY DEMAND

128.  This Defendant hereby relies upon the Jury Demand as previously made in the case herein.

WHEREFORE, Defendant prays for a judgment in its favor, of "no cause of action," dismissal of the Complaint, together with awarding of costs, attorney fees, and all other expenses incurred in the defense of this action so wrongfully brought.

Respectfully Submitted,

LAW OFFICE OF JASON SEIFERT

_/s/ Walter James Fitzgibbons_

BY:  WALTER JAMES FITZGIBBONS (P43520)
Attorney for Defendant State Auto Property & Casualty
Insurance Company
PO Box 6835
Scranton, PA 18505
walter.fitzgibbons@libertymutual.com
248-223-0120

Dated:   June 04, 2026