UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT M. MCALKICH III,

      Plaintiff,

v.

SHELLPOINT MORTGAGE SERVICING,
LLC (f/k/a NEWREZ LLC d/b/a Shellpoint
Mortgage Servicing), STATE AUTO
PROPERTY & CASUALTY INSURANCE
COMPANY (a Subsidiary or Affiliate of
Liberty Mutual Insurance Company),
EQUIFAX INFORMATION SERVICES
LLC,

      Defendants.

Case No. 1:26-cv-468
Hon. Paul L. Maloney

| ROBERT M. MCALKICH III | WALTER JAMES FITZGIBBONS (P43520) |
|---|---|
| Pro Se | Law Office of Jason Seifert |
| 8698 Community Boulevard | Attorney for Defendant STATE AUTO |
| Warren, MI  48093 | PROPERTY & CASUALTY INSURANCE |
| 231-413-8458 | COMPANY |
| Mcalkich9716285110@gmail.com | PO Box 6835 |
| | Scranton, PA 18505 |
| | 248-223-0120 / Fax: 603-334-9174 |
| | walter.fitzgibbons@libertymutual.com |

## PROOF OF SERVICE

STATE OF MICHIGAN       )
                          )ss
COUNTY OF _____     )

      Sherrie Shinn being duly sworn on June 15, 2026, deposes and says that she served a copy of the attached Appearance and Notice of Entry of Appearance, Answer to Complaint, Affirmative Defenses, and Reliance on Jury Demand upon the above-named attorneys at their respective addresses, by E Filing same.

                        /s/ Sherrie Shinn
                        Sherrie Shinn