UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT M. MCALKICH III,

       Plaintiff,

v.

SHELLPOINT MORTGAGE SERVICING,
LLC (f/k/a NEWREZ LLC d/b/a Shellpoint
Mortgage Servicing), STATE AUTO
PROPERTY & CASUALTY INSURANCE
COMPANY (a Subsidiary or Affiliate of
Liberty Mutual Insurance Company),
EQUIFAX INFORMATION SERVICES
LLC,

       Defendants.

Case No. 1:26-cv-468
Hon. Paul L. Maloney

| | |
|---|---|
| ROBERT M. MCALKICH III<br>Pro Se<br>8698 Community Boulevard<br>Warren, MI  48093<br>231-413-8458<br>Mcalkich9716285110@gmail.com | WALTER JAMES FITZGIBBONS (P43520)<br>Law Office of Jason Seifert<br>Attorney for Defendant STATE AUTO<br>PROPERTY & CASUALTY INSURANCE<br>COMPANY<br>PO Box 6835<br>Scranton, PA 18505<br>248-223-0120 / Fax: 603-334-9174<br>walter.fitzgibbons@libertymutual.com |

## **DEFENDANT STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY'S RELIANCE ON JURY DEMAND**

NOW COMES THE DEFENDANT by and through its attorneys, LAW OFFICE OF

JASON SEIFERT, and hereby relies upon the Jury Demand as previously made in the case herein.

LAW OFFICE OF JASON SEIFERT


/s/ Walter James Fitzgibbons
BY:  WALTER JAMES FITZGIBBONS (P43520)
Attorney for Defendant State Auto Property & Casualty
Insurance Company
PO Box 6835
Scranton, PA 18505
walter.fitzgibbons@libertymutual.com
248-223-0120

Dated:   June 04, 2026