FILED
June 15, 2026 12:47 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: jlg /        SCANNED BY: M 6/15/26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ROBERT M. MCALKICH III**,

    Plaintiff,

v.

**NEWREZ LLC d/b/a SHELLPOINT
MORTGAGE SERVICING,
STATE AUTO PROPERTY &
CASUALTY INSURANCE COMPANY,
and EQUIFAX INFORMATION
SERVICES LLC,**

    Defendants.

_____/

**Case No. 1:26-cv-468**
**Hon. Paul L. Maloney**

**PLAINTIFF'S REQUEST FOR
CLERK'S ENTRY OF DEFAULT
AGAINST STATE AUTO**

### PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY

Plaintiff Robert M. McAlkich III respectfully requests that the Clerk enter default against

Defendant State Auto Property & Casualty Insurance Company under Federal Rule of Civil

Procedure 55(a).

In support of this request, Plaintiff states as follows:

1. Defendant State Auto Property & Casualty Insurance Company was served with the

summons and amended complaint on May 18, 2026. The executed return of service was filed on

the docket. See ECF No. 15.

2. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), State Auto was required to serve

an answer or otherwise respond within 21 days after service. State Auto's response deadline was

June 8, 2026.

1

3. As of June 10, 2026, State Auto has not filed an answer, Rule 12 motion, notice of appearance, corporate disclosure statement, motion for extension of time, stipulation, or other paper showing that it has pleaded or otherwise defended this action.

4. Plaintiff has not agreed to extend State Auto's response deadline.

5. State Auto is not the United States, a United States agency, or a United States officer.

6. State Auto is a company, not a minor, incompetent person, or natural person in military service.

7. Plaintiff seeks affirmative relief against State Auto, including declaratory relief concerning State Auto's handling of the insurance claim, denial of Plaintiff's insured claim, mortgagee-payment handling, and the legal effect of the fire-loss proceeds.

WHEREFORE, Plaintiff respectfully requests that the Clerk enter default against Defendant State Auto Property & Casualty Insurance Company under Federal Rule of Civil Procedure 55(a).

### DECLARATION OF ROBERT M. MCALKICH III IN SUPPORT OF REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY

I, Robert M. McAlkich III, declare under penalty of perjury under 28 U.S.C. § 1746 as follows:

1. I am the Plaintiff in this action. I make this declaration based on my personal knowledge and my review of the docket in this case.

2. Defendant State Auto Property & Casualty Insurance Company was served with the summons and amended complaint on May 18, 2026.

3. The proof of service for State Auto Property & Casualty Insurance Company was filed on the docket on May 19, 2026, at ECF No. 15.

2

4. Based on the May 18, 2026, service date, State Auto's deadline to answer or otherwise respond was June 8, 2026.

5. I reviewed the docket in this case on June 10, 2026, before preparing this request.

6. As of that review, State Auto Property & Casualty Insurance Company had not filed an answer, motion to dismiss, notice of appearance, corporate disclosure statement, motion for extension of time, stipulation, or any other filing showing that it had pleaded or otherwise defended this action.

7. I have not agreed to extend State Auto's response deadline.

8. I have not received any document from State Auto or from counsel for State Auto indicating that State Auto has appeared, answered, moved, or otherwise defended this action.

9. State Auto Property & Casualty Insurance Company is not the United States, a United States agency, or a United States officer.

10. State Auto Property & Casualty Insurance Company is a business entity, not an infant, incompetent person, or natural person in military service.

11. I respectfully request that the Clerk enter default against State Auto Property & Casualty Insurance Company pursuant to Federal Rule of Civil Procedure 55(a).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2026, at Warren, Michigan.

Robert M. McAlkich III

Robert M. McAlkich III
8698 Community Boulevard
Warren, Michigan 48093
Phone: 231-413-8458
Email: mcalkich9716285110@gmail.com
Plaintiff, pro se

3

## CERTIFICATE OF SERVICE

I certify that on June 10, 2026, I served a copy of the foregoing **PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY** by placing the same in the United States Mail, first-class postage prepaid, addressed as follows:

**Counsel for Defendant Equifax Information Services, LLC**
Jordan S. Bolton and Chelsea Gornbein
Taft Stettinius & Hollister LLP
27777 Franklin Road, Suite 2500
Southfield, MI 48034

**Counsel for Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing**
Laura K. Conroy
Husch Blackwell LLP
1801 Pennsylvania Avenue, NW, Suite 1000
Washington, DC 20006

AJ Fabianczyk
Husch Blackwell LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606

**Authorized Representative for Defendant State Auto Property & Casualty Insurance Company**
State Auto Property & Casualty Insurance Company
c/o CSC – Lawyers Incorporating Service Company
3410 Belle Chase Way, Suite 600
Lansing, MI 48911

I declare under penalty of perjury that the foregoing is true and correct.
Dated: June 10, 2026

Respectfully submitted,

Robert M. McAlkich III
8698 Community Boulevard
Warren, Michigan 48093
Phone: 231-413-8458
Email: mcalkich9716285110@gmail.com
Plaintiff, pro se

4



Robert M. McAlkich III
8698 Community Boulevard
Warren, MI 48093

Clerk of Court
U.S. District Court, W.D. Michigan
113 Federal Building
315 W. Allegan
Lansing, Michigan 48933

