**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ROBERT M. MCALKICH, III,

      Plaintiff,

    v.

SHELLPOINT MORTGAGE SERVICING, LLC,
STATE AUTO PROPERTY & CASUALTY
INSURANCE COMPANY, and EQUIFAX
INFORMATION SERVICES, LLC,

      Defendants.

Case No. 1:26-cv-00468-PLM-RSK

Hon. Paul L. Maloney

**STIPULATED ORDER TO HOLD RESPONSIVE PLEADING DEADLINE IN ABEYANCE**
**PENDING RULING ON PLAINTIFF'S CONTEMPLATED MOTION**
**FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Plaintiff Robert M. McAlkich, III ("Plaintiff") filed an Amended Complaint for Damages, Declaratory Relief, and Jury Demand (the "First Amended Complaint") on or about April 16, 2026. (ECF No. 8.) Defendant Newrez, LLC d/b/a Shellpoint Mortgage Servicing ("Newrez"), named in the Complaint as Shellpoint Mortgage Servicing, LLC, and Defendant Equifax Information Services, LLC ("Equifax") (Newrez and Equifax together, "Defendants") entered into stipulations with Plaintiff extending their time to respond to the First Amended Complaint until June 25, 2026, which the Court thereafter granted. (ECF Nos. 17, 18, 20, 21.)

On Saturday, June 20, 2026, Plaintiff requested concurrence from Defendants pursuant to Civil Local Rule 7.1(d) in a contemplated motion for leave to file a proposed Second Amended Complaint. On Wednesday, June 24, 2026, Plaintiff provided a copy of the proposed Second Amended Complaint and proposed that Defendants' responsive pleading deadlines be held in abeyance pending the potential filing of a new operative complaint.

Defendants agree with Plaintiff that filing responsive pleadings to the First Amended

1

Complaint would be an unnecessary expense of the parties' resources in the event that Defendants either consent to Plaintiff filing the proposed Second Amended Complaint, or the Court grants leave for Plaintiff to file the proposed Second Amended Complaint. Because Defendants only recently received a copy of the proposed Second Amended Complaint, they are still considering whether to consent.

Accordingly, it is stipulated and agreed to by Plaintiff and Defendants that Defendant Newrez's and Defendant Equifax's obligations to answer or otherwise respond to the First Amended Complaint are held in abeyance. Following the Court's ruling on Plaintiff's contemplated motion for leave to file a proposed Second Amended Complaint (whether such motion is consented to by Defendants or not), Defendants' time to answer or otherwise respond to the operative complaint shall be governed by Rule 15(a)(3). This stipulated order is filed in good faith, is not intended to cause delay, and will not prejudice any parties.

IT IS HEREBY ORDERED that Defendant Newrez's and Defendant Equifax's obligations to answer or otherwise respond to the First Amended Complaint are held in abeyance pending the Court's ruling on Plaintiff's contemplated motion for leave to file a proposed Second Amended Complaint. Following the Court's ruling, Defendants' time to answer or otherwise respond to the operative complaint shall be governed by Rule 15(a)(3). If the Court denies leave to file the proposed Second Amended Complaint, Defendant Newrez and Defendant Equifax shall answer or otherwise respond to the First Amended Complaint within fourteen (14) days of the order denying leave, unless the Court orders otherwise.

**SO ORDERED** this __26th__ day of __June__, 2026.


/s/ Ray Kent
RAY KENT
United States Magistrate Judge


**Stipulated to this 25ᵗʰ day of June by:**


*/s/ AJ Fabianczyk*

AJ Fabianczyk (WI 1101448)
HUSCH BLACKWELL LLP
120 S. Riverside Plaza, Suite 2200
Chicago, IL 60606
Phone: (312) 655-1500
Facsimile: (312) 655-1501
Email:
AJ.Fabianczyk@huschblackwell.com
*Attorney for Defendant Newrez, LLC d/b/a Shellpoint Mortgage Servicing*

*/s/ Robert M. McAlkich (w/express permission)*
Robert M. McAlkich
8698 Community Blvd.
Warren, MI 48093
(231) 413-8458
mcalkich9716285110@gmail.com
*Pro Se Plaintiff*


*/s/ Jordan S. Bolton (w/consent)*

Jordan S. Bolton (P66309)
Taft Stettinius & Hollister LLP
27777 Franklin Rd, Suite 2500
Southfield, MI 48034
(248) 351-3000 jbolton@taftlaw.com
*Attorney for Defendant Equifax Information Services LLC*