**FILED - LN**
June 29, 2026 2:35 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM  SCANNED BY: ___ 6/30/26

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT M. McALKICH III,**<br>    Plaintiff,<br><br>v.<br><br>**NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING,**<br>**STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY,**<br>**EQUIFAX INFORMATION SERVICES LLC,**<br>**STERLING CLAIMS MANAGEMENT, INC.,**<br>**TRANS UNION LLC,** and<br>**EXPERIAN INFORMATION SOLUTIONS, INC.,**<br>    Defendants. | Case No. 1:26-cv-00468-PLM-RSK<br>Hon. Paul L. Maloney<br>Magistrate Judge Ray Kent<br><br>**MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

---

**Plaintiff:**
**ROBERT M. McALKICH III**
8698 Community Blvd.
Warren, Michigan 48093

**STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY**
c/o CSC-Lawyers Incorporating Service (Company)
3410 Belle Chase Way, Suite 600
Lansing, Michigan 48911

**STERLING CLAIMS MANAGEMENT, INC.**
c/o CSC-Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, California 95833

**EXPERIAN INFORMATION SOLUTIONS, INC.**
c/o The Corporation Company
40600 Ann Arbor Road E, Suite 201
Plymouth, Michigan 48170

**NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING**
c/o CSC-Lawyers Incorporating Service (Company)
3410 Belle Chase Way, Suite 600
Lansing, Michigan 48911

**EQUIFAX INFORMATION SERVICES LLC**
c/o CSC-Lawyers Incorporating Service (Company)
3410 Belle Chase Way, Suite 600
Lansing, Michigan 48911

**TRANS UNION LLC**
c/o CSC-Lawyers Incorporating Service (Company)
3410 Belle Chase Way, Suite 600
Lansing, Michigan 48911

Plaintiff Robert M. McAlkich III, appearing pro se, respectfully moves for leave to file the attached Proposed Second Amended Complaint and Jury Demand, and states as follows:

1.      Plaintiff seeks leave under Federal Rule of Civil Procedure 15(a)(2).

2.      The proposed amendment concerns the same mortgage loan, property, January 16, 2023 fire loss, insurance proceeds, mortgage servicing, foreclosure, accounting, and credit-reporting events already at issue in this action.

3.      The proposed amendment is intended to clarify the proper defendant names, streamline the factual allegations, reduce duplication, clarify which claims are asserted against which defendants, and align the pleading with the core documents and exhibits supporting Plaintiff's claims.

4.      The proposed amendment is not sought for delay. Plaintiff has reduced and reorganized the pleading to make the claims and supporting facts clearer for the Court and the parties.

5.      Plaintiff has also attempted to reduce the exhibit burden by using a clerk-minimized exhibit set and avoiding duplicative or unnecessary exhibit pages.

6.      The Proposed Second Amended Complaint and Jury Demand is submitted with this motion as Exhibit A. The minimized exhibit appendix or index is submitted as Exhibit B, and the selected exhibit packet is submitted as Exhibit C or as otherwise directed by the Clerk.

7.      Plaintiff conferred with counsel for NewRez/Shellpoint, State Auto, and Equifax regarding the proposed amendment and response-deadline framework. A stipulated order holding responsive pleading deadlines in abeyance pending resolution of this motion has been circulated and/or submitted for filing. Plaintiff has not identified appeared counsel for Sterling Claims

2

Management, Inc., Trans Union LLC, or Experian Information Solutions, Inc. from the email communications reviewed.

8. To avoid unnecessary motion practice and confusion over which pleading Defendants must answer or otherwise respond to, Plaintiff requests a two-part response-deadline order tied to the Court's ruling on this motion.

9. If the Court grants leave to file the Second Amended Complaint, Plaintiff requests that Defendants be required to answer or otherwise respond to the filed Second Amended Complaint within fourteen (14) days after entry of the Court's order granting leave, unless the Court orders otherwise.

10. If the Court grants leave, Plaintiff also requests that the Court direct the Clerk to issue summonses for any defendant requiring service under Federal Rule of Civil Procedure 4, and direct the United States Marshal to serve the filed Second Amended Complaint, summonses, and any required attachments pursuant to Federal Rule of Civil Procedure 4(c)(3) and 28 U.S.C. Section 1915(d), because Plaintiff proceeds in forma pauperis.

11. If the Court denies leave to file the Second Amended Complaint, Plaintiff requests that Defendants be required to answer or otherwise respond to the then-operative amended complaint within fourteen (14) days after entry of the Court's order denying leave, unless the Court orders otherwise.

12. This requested response-deadline and service procedure is intended only to avoid confusion and preserve orderly scheduling. Plaintiff does not waive any claim, argument, objection, service position, damages theory, requested relief, or right to seek any other relief allowed by law.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff leave to file the Proposed Second Amended Complaint and Jury Demand; direct the Clerk to file the Second Amended Complaint if leave is granted; if leave is granted, issue summonses for any defendant requiring service under Rule 4 and direct service by the United States Marshal pursuant to Federal Rule of Civil Procedure 4(c)(3) and 28 U.S.C. Section 1915(d); enter a response-deadline order providing that (a) if leave is granted, Defendants shall answer or otherwise respond to the Second Amended Complaint within fourteen (14) days after entry of the order granting leave, unless the Court orders otherwise, and (b) if leave is denied, Defendants shall answer or otherwise respond to the then-operative amended complaint within fourteen (14) days after entry of the order denying leave, unless the Court orders otherwise; and grant such other relief as the Court deems just and proper.

Respectfully submitted,

Robert M. McAlkich III
8698 Community Boulevard
Warren, Michigan 48093
Phone: (231) 413-8458
Email: mcalkich9716285110@gmail.com
Plaintiff, pro se
Date: June 25, 2026


## CERTIFICATE OF SERVICE

I certify that on June 25, 2026, I served a copy of the foregoing document by email, pursuant to written consent to email service for filings and scheduling papers under Fed. R. Civ. P. 5, on counsel for the appeared Defendants at the following email addresses:

AJ Fabianczyk,
Counsel for NewRez LLC d/b/a Shellpoint Mortgage Servicing
AJ.Fabianczyk@huschblackwell.com

Walter J. Fitzgibbons,
Counsel for State Auto Property and Casualty Insurance Company
Walter.Fitzgibbons@libertymutual.com

4

Jordan Bolton,
Counsel for Equifax Information Services LLC
JBolton@taftlaw.com

Jenn Ziemann,
Counsel for Equifax Information Services LLC
jenn.ziemann@equifax.com

Chelsea Gornbein,
Counsel/legal assistant for Equifax Information Services LLC
CGornbein@taftlaw.com

Plaintiff further certifies that service by email is made for filings and scheduling papers under Fed. R. Civ. P. 5 based on written consent and does not waive or replace Rule 4 service for any newly added, corrected, unserved, or non-appearing defendant unless service is waived, accepted, or otherwise ordered by the Court.

Robert M. McAlkich III
Plaintiff, pro se
Date: June 25, 2026