UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ROBERT M. McALKICH III,**
  Plaintiff,

v.

**NEWREZ LLC d/b/a SHELLPOINT
MORTGAGE SERVICING,
STATE AUTO PROPERTY AND
CASUALTY INSURANCE COMPANY,
EQUIFAX INFORMATION SERVICES
LLC,
STERLING CLAIMS MANAGEMENT,
INC.,
TRANS UNION LLC, and
EXPERIAN INFORMATION
SOLUTIONS, INC.,**
  Defendants.

Case No. 1:26-cv-00468-PLM-RSK
Hon. Paul L. Maloney
Magistrate Judge Ray Kent

**EXHIBIT B
SELECTED COURT EXHIBIT
APPENDIX INDEX**

---

**Plaintiff:**
**ROBERT M. McALKICH III**
8698 Community Blvd.
Warren, Michigan 48093

**NEWREZ LLC d/b/a SHELLPOINT
MORTGAGE SERVICING:**
c/o CSC-Lawyers Incorporating Service
(Company)
3410 Belle Chase Way, Suite 600
Lansing, Michigan 48911

**STATE AUTO PROPERTY AND
CASUALTY INSURANCE COMPANY:**
c/o CSC-Lawyers Incorporating Service
(Company)
3410 Belle Chase Way, Suite 600
Lansing, Michigan 48911

**EQUIFAX INFORMATION SERVICES
LLC:**
c/o CSC-Lawyers Incorporating Service
(Company)
3410 Belle Chase Way, Suite 600
Lansing, Michigan 48911

**STERLING CLAIMS MANAGEMENT,
INC.:**
c/o CSC-Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, California 95833

**TRANS UNION LLC:**
c/o CSC-Lawyers Incorporating Service
(Company)
3410 Belle Chase Way, Suite 600
Lansing, Michigan 48911

**EXPERIAN INFORMATION
SOLUTIONS, INC.:**
c/o The Corporation Company
40600 Ann Arbor Road E, Suite 201
Plymouth, Michigan 48170

This index identifies the clerk-minimized selected filing set Plaintiff intends to use with the motion for leave and Proposed Second Amended Complaint, subject to page limits, ECF requirements, and the Court's direction. The set has been reduced to the exhibits necessary to support claim elements, notice, causation, damages, and requested relief at the pleading stage.

The exhibit numbers use Plaintiff's locked EX-numbering from the exhibit lockset. Duplicative and background exhibits have been removed where their proof is contained in a master exhibit or is not necessary to plead an element at this stage.

This appendix index is not a Rule 26 disclosure list and does not waive Plaintiff's right to rely on additional documents in discovery, motion practice, settlement, or trial.

| Exhibit | Document / Date | Filing Form | What It Proves / Complaint Use |
|---|---|---|---|
| EX-001 | Original Note Apr. 14, 2021 | Full | Loan terms; principal, interest, payment obligation, prepayment/payoff framework. Use: Loan foundation / breach / payoff / accounting |
| EX-002 | Original Mortgage Security Instrument Apr. 14, 2021 | Full | Security instrument; escrow, insurance proceeds, default, acceleration, and lien framework. Use: Loan foundation / breach / foreclosure / discharge |
| EX-004 | USDA Rural Loan Occupancy Rider Apr. 14, 2021 | Full | USDA occupancy and loan-rider obligations tied to the property. Use: USDA / loan foundation |
| EX-005 | Shellpoint Welcome and Servicing Transfer Letter Nov. 8, 2022 | Full | Servicing transfer, Shellpoint identity, payment address, and stated due- |

| | | | date/boarding information. Use: Transfer / FDCPA alternative / FCRA transfer accuracy |
|---|---|---|---|
| EX-012 | Shellpoint Forbearance Plan Approval Jan. 26, 2023 | Full | Shellpoint approval of three-month forbearance beginning Jan. 1, 2023 and ending Mar. 30, 2023. Use: Forbearance / loss mitigation / FCRA |
| EX-029 | State Auto Policy - Mar. 26, 2022 to Mar. 26, 2023 Policy period 2022-2023 | Excerpt if needed / full preserved | Policy framework for State Auto coverage and mortgagee/insured issues. Use: State Auto / insurance contract |
| EX-035 | State Auto Coverage Determination and Misdelivery Evidence July 18, 2023 | Full | State Auto denial and notice/delivery facts relevant to tolling and insurance claims. Use: State Auto / tolling / damages |
| EX-036 | State Auto and Sterling Claim Communications Packet 2023-2024 | Excerpt if needed / full preserved | Mortgagee-claim, Sterling routing, circular-referral, and communication record. Use: Sterling / State Auto / routing |
| EX-037 | Check Image or Transmittal for $304,640.05 Insurance Payment Aug. 2023 | Full | Specific $304,640.05 mortgagee insurance-payment/check evidence. Use: Loss draft / conversion alternative / accounting |
| EX-040 | Shellpoint Payoff Quote July 11, 2023 | Full | Payoff baseline: principal $296,453.67, interest, fees, $841.30 borrower-credit, total payoff $314,534.33, per diem, lien-release/payoff |

| | | | language. Use: Payoff / lien-release / accounting |
|---|---|---|---|
| EX-041 | Shellpoint Payoff Quote Sept. 14, 2023 | Full | Post-payment-period payoff quote showing principal still $296,453.67, $841.30 borrower-credit, total payoff $319,661.43, and next due Jan. 1, 2022. Use: Payoff / reconciliation / foreclosure |
| EX-042 | Shellpoint Complete Account Summary Dec. 23, 2024 | Excerpt if needed / full preserved | Later account summary/payment history and account treatment after foreclosure. Use: Accounting / RESPA / damages |
| EX-050 | Sheriff Sale Record and Sheriff Deed Packet Feb. 15, 2024 | Excerpt if needed / full preserved | Sheriff sale and deed record. Use: Foreclosure / title / damages |
| EX-075 | RFI Response Packet 2023-2024 | Excerpt if needed / full preserved | Shellpoint response packet and information-request record. Use: RESPA / RFI / accounting |
| EX-093 | Shellpoint Credit Reporting Packet 2025 | Excerpt if needed / full preserved | Shellpoint/NewRez furnisher/tradeline support. Use: FCRA furnisher |
| EX-097 | Tesla Offer / Employment-Screening Materials Oct. 31, 2024 | Excerpt if needed / full preserved | Employment/consumer-report consequence evidence, subject to source-chain proof. Use: Damages / FCRA |
| EX-141 | TransUnion Dispute Results Dec. 28, 2025 | Excerpt if needed / full preserved | Later TransUnion dispute result/continued-reporting evidence. |

| | | | Use: FCRA / Trans Union |
|---|---|---|---|
| EX-146 | Equifax Dispute Results Dec. 22, 2025 | Excerpt if needed / full preserved | Later Equifax dispute result/continued-reporting evidence. Use: FCRA / Equifax |
| EX-147 | Equifax Credit File Page Showing Caliber Tradeline Oct. 5, 2025 | Excerpt if needed / full preserved | Equifax / Caliber-tradeline credit-file evidence. Use: FCRA / Equifax file-matching and mortgage-tradeline accuracy. |
| EX-151 | Experian Annual Credit Report Feb. 5, 2026 | Excerpt if needed / full preserved | Experian mortgage-tradeline reporting and dispute context. Use: FCRA / Experian |