## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**ROBERT M. McALKICH III,**
　Plaintiff,

v.

**NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING,**
**STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY,**
**EQUIFAX INFORMATION SERVICES LLC,**
**STERLING CLAIMS MANAGEMENT, INC.,**
**TRANS UNION LLC, and**
**EXPERIAN INFORMATION SOLUTIONS, INC.,**
　Defendants.

Case No. 1:26-cv-00468-PLM-RSK
Hon. Paul L. Maloney
Magistrate Judge Ray Kent

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

---

**Plaintiff:**
**ROBERT M. McALKICH III**
8698 Community Blvd.
Warren, Michigan 48093

**NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING:**
c/o CSC-Lawyers Incorporating Service (Company)
3410 Belle Chase Way, Suite 600
Lansing, Michigan 48911

**STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY:**
c/o CSC-Lawyers Incorporating Service (Company)
3410 Belle Chase Way, Suite 600
Lansing, Michigan 48911

**EQUIFAX INFORMATION SERVICES LLC:**
c/o CSC-Lawyers Incorporating Service (Company)
3410 Belle Chase Way, Suite 600
Lansing, Michigan 48911

**STERLING CLAIMS MANAGEMENT, INC.:**
c/o CSC-Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, California 95833

**TRANS UNION LLC:**
c/o CSC-Lawyers Incorporating Service (Company)
3410 Belle Chase Way, Suite 600
Lansing, Michigan 48911

**EXPERIAN INFORMATION SOLUTIONS, INC.:**
c/o The Corporation Company
40600 Ann Arbor Road E, Suite 201
Plymouth, Michigan 48170

---

This matter comes before the Court on Plaintiff Robert M. McAlkich III's Motion for Leave to File Second Amended Complaint. The Court having reviewed the motion, the proposed pleading, and the record, and being otherwise fully advised:

IT IS ORDERED that Plaintiff's Motion for Leave to File Second Amended Complaint is GRANTED.

IT IS FURTHER ORDERED that the Clerk is directed to file Plaintiff's Second Amended Complaint and Jury Demand as the operative pleading in this action.

IT IS FURTHER ORDERED that Defendants shall answer or otherwise respond to the Second Amended Complaint within fourteen (14) days after entry of this Order, unless the Court orders otherwise.

IT IS FURTHER ORDERED that, for any newly added defendant, corrected defendant, or defendant requiring service under Fed. R. Civ. P. 4, the Clerk shall issue summonses and the United States Marshal shall serve the Second Amended Complaint, summonses, and any required attachments pursuant to Fed. R. Civ. P. 4(c)(3) and 28 U.S.C. Section 1915(d), because Plaintiff proceeds in forma pauperis.

IT IS SO ORDERED.

Date: _____, 2026

_____

Hon. Paul L. Maloney

United States District Judge