UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT M. MCALKICH, III,

       Plaintiff,

v.

       Case No. 1:26-CV-468
       Hon. Paul L. Maloney

SHELLPOINT MORTGAGE SERVICING,
LLC (f/k/a NEWREZ LLC d/b/a Shellpoint
Mortgage Servicing), STATE AUTO
PROPERTY & CASUALTY INSURANCE
COMPANY (a Subsidiary or Affiliate of
Liberty Mutual Insurance Company),
EQUIFAX INFORMATION SERVICES
LLC,

       Defendants.

---

ROBERT M. MCALKICH III
Pro Se
8698 Community Boulevard
Warren, MI 48093
231-413-8458
Mcalkich9716285110@gmail.com
*Pro Se*

PLUNKETT COONEY
Stephen P. Brown (P48847)
38505 Woodward Avenue, Suite 100
Bloomfield Hills MI 48304
248-901-4000
sbrown@plunkettcooney.com
*Attorneys for Defendant State Auto Property &
Casualty Insurance Company (a Subsidiary or
Affiliate of Liberty Mutual Insurance Company)*

WALTER JAMES FITZGIBBONS (P43520)
Law Office of Jason Seifert
PO Box 6835
Scranton PA 18505
248-223-0120
Walter.fitzgibbons@libertymutual.com

**STIPULATION FOR SUBSTITUTION OF COUNSEL AND APPEARANCE FOR DEFENDANT
STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY (A SUBSIDIARY OR
<u>AFFILIATE OF LIBERTY MUTUAL INSURANCE COMPANY)</u>**

62793030.1

PLEASE TAKE NOTICE that attorney Stephen P. Brown with the law firm, Plunkett Cooney, P.C. is substituted in the above-referenced civil action as counsel of record for Defendant State Auto Property & Casualty Insurance Company (a Subsidiary or Affiliate of Liberty Mutual Insurance Company), in the place of attorney Walter James Fitzgibbons and the Law Office of Jason Seifert.

| | |
|---|---|
| */s/Walter James Fitzgibbons w/ permission* | */s/ Stephen P. Brown* |
| Walter James Fitzgibbons (P43520) | Stephen P. Brown (P48847) |
| Law Office of Jason Seifert | Plunkett Cooney, P.C. |
| PO Box 6835 | 38505 Woodward Avenue, Suite 100 |
| Scranton PA 18505 | Bloomfield Hills, MI 48304 |
| 248-223-0120 | 248-901-4000 |
| Walter.fitzgibbons@libertymutual.com | sbrown@plunkettcooney.com |

Dated: July 6, 2026

62793030.1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT M. MCALKICH, III,

      Plaintiff,

v.

SHELLPOINT MORTGAGE SERVICING,
LLC (f/k/a NEWREZ LLC d/b/a Shellpoint
Mortgage Servicing), STATE AUTO
PROPERTY & CASUALTY INSURANCE
COMPANY (a Subsidiary or Affiliate of
Liberty Mutual Insurance Company),
EQUIFAX INFORMATION SERVICES
LLC,

      Defendants.

Case No. 1:26-CV-468
Hon. Paul L. Maloney

---

ROBERT M. MCALKICH III
Pro Se
8698 Community Boulevard
Warren, MI 48093
231-413-8458
Mcalkich9716285110@gmail.com
*Plaintiff Pro Se*

Stephen P. Brown (P48847)
PLUNKETT COONEY, P.C.
38505 Woodward Avenue, Suite 100
Bloomfield Hills MI 48304
248-901-4000
sbrown@plunkettcooney.com
*Attorney for Defendant State Auto Property &*
*Casualty Insurance Company (a Subsidiary or*
*Affiliate of Liberty Mutual Insurance Company)*

WALTER JAMES FITZGIBBONS (P43520)
Law Office of Jason Seifert
PO Box 6835
Scranton PA 18505
248-223-0120
Walter.fitzgibbons@libertymutual.com

**ORDER FOR SUBSTITUTION OF COUNSEL FOR DEFENDANT**
**STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY (A SUBSIDIARY OR**
**<u>AFFILIATE OF LIBERTY MUTUAL INSURANCE COMPANY)</u>**

62793030.1

Upon reviewing the foregoing Stipulation for Substitution of Counsel for Defendant State Auto Property & Casualty Insurance Company (a Subsidiary or Affiliate of Liberty Mutual Insurance Company);

**IT IS HEREBY ORDERED** that attorney Stephen P. Brown with the law firm, Plunkett Cooney, is substituted in the place of attorney Walter James Fitzgibbons and the Law Office of Jason Seifert as counsel of record for Defendant State Auto Property & Casualty Insurance Company (a Subsidiary or Affiliate of Liberty Mutual Insurance Company).

**IT IS SO ORDERED**.

_____

Honorable Paul L. Maloney

62793030.1