UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT M. MCALKICH, III,

        Plaintiff,

v.

                                    Case No. 1:26-CV-468
                                    Hon. Paul L. Maloney

SHELLPOINT MORTGAGE SERVICING,
LLC (f/k/a NEWREZ LLC d/b/a Shellpoint
Mortgage Servicing), STATE AUTO
PROPERTY & CASUALTY INSURANCE
COMPANY (a Subsidiary or Affiliate of
Liberty Mutual Insurance Company),
EQUIFAX INFORMATION SERVICES
LLC,

        Defendants.

---

| | |
|---|---|
| ROBERT M. MCALKICH III<br>Pro Se<br>8698 Community Boulevard<br>Warren, MI 48093<br>231-413-8458<br>Mcalkich9716285110@gmail.com<br>*Plaintiff Pro Se* | Stephen P. Brown (P48847)<br>PLUNKETT COONEY, P.C.<br>38505 Woodward Avenue, Suite 100<br>Bloomfield Hills MI 48304<br>248-901-4000<br>sbrown@plunkettcooney.com<br>*Attorney for Defendant State Auto Property &*<br>*Casualty Insurance Company (a Subsidiary or*<br>*Affiliate of Liberty Mutual Insurance Company)*<br><br>WALTER JAMES FITZGIBBONS (P43520)<br>Law Office of Jason Seifert<br>PO Box 6835<br>Scranton PA 18505<br>248-223-0120<br>Walter.fitzgibbons@libertymutual.com |

**ORDER FOR SUBSTITUTION OF COUNSEL FOR DEFENDANT
STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY (A SUBSIDIARY OR
<u>AFFILIATE OF LIBERTY MUTUAL INSURANCE COMPANY)</u>**

62793030.1

Upon reviewing the foregoing Stipulation for Substitution of Counsel for Defendant State Auto Property & Casualty Insurance Company (a Subsidiary or Affiliate of Liberty Mutual Insurance Company);

**IT IS HEREBY ORDERED** that attorney Stephen P. Brown with the law firm, Plunkett Cooney, is substituted in the place of attorney Walter James Fitzgibbons and the Law Office of Jason Seifert as counsel of record for Defendant State Auto Property & Casualty Insurance Company (a Subsidiary or Affiliate of Liberty Mutual Insurance Company).

**IT IS SO ORDERED**.

Dated: July 7, 2026          /s/ Ray Kent
_____
Ray Kent
United States Magistrate Judge

62793030.1