**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

ROBERT M. McALKICH III,

        Plaintiff,

v.

SHELLPOINT MORTGAGE SERVICING,
LLC, STATE AUTO PROPERTY &
CASUALTY INSURANCE COMPANY and
EQUIFAX INFORMATION SERVICES,
LLC.

        Defendants.

Case No. 26-cv-468
Hon. Paul L. Maloney

**RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE**
**SECOND AMENDED COMPLAINT**

Defendant NewRez, LLC d/b/a Shellpoint Mortgage Servicing ("Newrez") hereby responds to Plaintiff Robert M. McAlkich III's Motion for Leave to File Second Amended Complaint (Dkt. 28), filed on June 29, 2026. Newrez does not oppose Plaintiff's motion for leave to file the proposed Second Amended Complaint. However, Newrez does not concede that the proposed Second Amended Complaint states a plausible claim for relief under any applicable legal standard. Newrez reserves all defenses and objections, including, but not limited to, challenges to the legal sufficiency of Plaintiff's allegations, and will respond to the Second Amended Complaint in accordance with the applicable rules and any applicable order of this Court.

Dated this 14th day of July, 2026.

Respectfully submitted,

*Electronically signed by AJ Fabianczyk*

AJ Fabianczyk (WI 1101448)
HUSCH BLACKWELL LLP
120 S. Riverside Plaza, Suite 2200, Chicago,
IL 60606
Phone: (312) 655-1500
Facsimile: (312) 655-1501
Email: AJ.Fabianczyk@huschblackwell.com

*Attorneys for Defendant Shellpoint*
*Mortgage Servicing, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 14, 2026, I electronically filed the foregoing Response to Plaintiff's Motion for Leave to File Second Amended Complaint with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, and I emailed or caused to be emailed the foregoing Response to Plaintiff Robert M. McAlkich.

Dated this 14th day of July, 2026.

Respectfully submitted,

*Electronically signed by AJ Fabianczyk*

AJ Fabianczyk (WI 1101448)
HUSCH BLACKWELL LLP
120 S. Riverside Plaza, Suite 2200, Chicago,
IL 60606
Phone: (312) 655-1500
Facsimile: (312) 655-1501
Email: AJ.Fabianczyk@huschblackwell.com

*Attorneys for Defendant Shellpoint Mortgage*
*Servicing, LLC*