**FILED - LN**
July 30, 2026 2:02 PM
CLERK  OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:  piw /        SCANNED BY:

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **ROBERT M. McALKICH III,**<br>Plaintiff,<br>v.<br>**SHELLPOINT MORTGAGE SERVICING, LLC, formerly**<br>**known as NEWREZ LLC, d/b/a SHELLPOINT MORTGAGE**<br>**SERVICING,**<br>**STATE AUTO PROPERTY AND CASUALTY INSURANCE**<br>**COMPANY,**<br>**EQUIFAX INFORMATION SERVICES LLC,**<br>Defendants. | **Case No. 1:26-cv-00468-PLM-RSK**<br>Hon. Paul L. Maloney<br>Magistrate Judge Ray Kent<br><br>**PLAINTIFF'S MOTION FOR LEAVE**<br>**TO SUBSTITUTE CORRECTED**<br>**PROPOSED SECOND AMENDED**<br>**COMPLAINT FOR EXHIBIT A TO**<br>**ECF NO. 28**<br><br>**EXPEDITED CONSIDERATION**<br>**REQUESTED** |

## PARTY, COUNSEL, AND SERVICE INFORMATION

**PLAINTIFF - PRO SE**
Robert M. McAlkich III
8698 Community Boulevard,
Warren, Michigan 48093
(231) 413-8458 |
mcalkich9716285110@gmail.com
**NEWREZ/SHELLPOINT**
A J Fabianczyk, Husch Blackwell
LLP
120 S. Riverside Plaza, Suite 2200,
Chicago, Illinois 60606
aj.fabianczyk@huschblackwell.co
m
Additional correspondence:
Laura.Conroy@huschblackwell.co
m

**STATE AUTO**
Stephen P. Brown, Plunkett
Cooney, P.C.
38505 Woodward Avenue, Suite
100, Bloomfield Hills, Michigan
48304
(248) 594-6304 |
sbrown@plunkettcooney.com
**EQUIFAX**
Heather H. Sharp, Seyfarth Shaw
LLP
1075 Peachtree Street, Suite 2500,
Atlanta, Georgia 30309
hsharp@seyfarth.com
Additional correspondence: Ritika
Singh, (469) 608-6763,
risingh@seyfarth.com; Jennifer R.
Brooks, jrbrooks@seyfarth.com

**EQUIFAX**
Jordan S. Bolton, Taft Stettinius &
Hollister LLP
27777 Franklin Road, Suite 2500,
Southfield, Michigan 48034
jbolton@taftlaw.com
**PROPOSED RULE 4 SERVICE**
Sterling Claims Management, Inc. -
c/o CSC - Lawyers Incorporating
Service, 2710 Gateway Oaks
Drive, Suite 150N, Sacramento,
California 95833
Trans Union LLC - c/o CSC-
Lawyers Incorporating Service
(Company), 3410 Belle Chase
Way, Suite 600, Lansing, Michigan
48911
Experian Information Solutions,
Inc. - c/o The Corporation
Company, 40600 Ann Arbor Road
East, Suite 201, Plymouth,
Michigan 48170

1

Plaintiff Robert M. McAlkich III, proceeding pro se, respectfully moves under Federal Rule of Civil Procedure 15(a)(2) for leave to substitute the attached Corrected Proposed Second Amended Complaint for the proposed pleading previously attached as **Exhibit A** to Plaintiff's pending Motion for Leave to File Second Amended Complaint, **ECF No. 28**. Because this relief may become moot if the Court rules on **ECF No. 28** before reviewing the corrected pleading, Plaintiff also requests expedited consideration under W.D. Mich. LCivR 7.1(e). In support, Plaintiff states as follows:

1. **ECF No. 28** remains pending. Plaintiff filed the motion on June 29, 2026, with a proposed Second Amended Complaint and supporting materials.

2. On July 14, 2026, Shellpoint filed **ECF No. 32** stating that it did not oppose the amendment request presented in **ECF No. 28**, while expressly reserving all defenses to the legal sufficiency of the proposed pleading. Plaintiff separately sought concurrence concerning this substitution motion.

3. During continuing review of the proposed pleading and the supporting records, Plaintiff identified matters that should be corrected, narrowed, and clarified before the Court rules on **ECF No. 28**.

4. The corrected proposed pleading preserves all three existing defendants, including the defendant presently captioned as Shellpoint Mortgage Servicing, LLC, together with State Auto Property and Casualty Insurance Company and Equifax Information Services LLC.

5. The corrected proposed pleading narrows the proposed amendment by adding Sterling Claims Management, Inc., Trans Union LLC, and Experian Information Solutions, Inc. as proposed new defendants. It does not name Trott Law, P.C. as a defendant.

6. The corrected proposed pleading removes the proposed Fair Debt Collection Practices Act counts, combines State Auto statutory-interest and declaratory allegations with the insurance-contract claim, separates the remaining claims by defendant and legal duty, and adds a narrowed conversion theory against Sterling based on mortgagee-claim routing and a Shellpoint account entry identifying Sterling as payee of a $47,004.61 insurance-cost disbursement.

7. The corrected proposed pleading also adds specific venue allegations, clarifies personal jurisdiction and the intended Shellpoint servicing entity, identifies the dates and address of Plaintiff's written servicing notices, clarifies the consumer-reporting dispute cycles, narrows requested relief, and provides a more precise redemption-damages account based on the Cross River Bank/Best Egg financing terms and the known uses of the net proceeds.

8. The correction does not introduce a new factual transaction. The pleading continues to arise from the same mortgage loan, January 16, 2023 fire loss, $304,640.05 mortgagee insurance payment, servicing and foreclosure sequence, State Auto claim, and related credit-reporting disputes already identified in **ECF No. 28**.

9. Substitution will allow the Court and the parties to evaluate the pleading Plaintiff actually intends to file and will reduce unnecessary motion practice over allegations Plaintiff no longer seeks to pursue.

10. The corrected proposed pleading is attached as **Exhibit A**. Plaintiff requests that it replace the prior **Exhibit A** to **ECF No. 28**. Plaintiff does not request replacement of the existing exhibit index or selected exhibit packet except to the extent the Court directs otherwise.

11. If leave to amend is granted, Plaintiff requests that the Clerk file the corrected Second Amended Complaint; issue summonses for Sterling Claims Management, Inc., Trans Union LLC, and Experian Information Solutions, Inc.; and deliver the summonses and pleading

3

to the United States Marshal for service under Federal Rule of Civil Procedure 4(c)(3) and 28 U.S.C. § 1915(d).

12. Plaintiff further requests that the existing defendants answer or otherwise respond within the time provided by Federal Rule of Civil Procedure 15(a)(3), unless the Court orders a different deadline.

13. Expedited consideration is appropriate because a ruling on **ECF No. 28** before substitution could cause the Court to evaluate a proposed pleading Plaintiff no longer intends to file and could require additional corrective motion practice.

WHEREFORE, Plaintiff respectfully requests that the Court grant expedited consideration; grant leave to substitute the Corrected Proposed Second Amended Complaint attached as **Exhibit A** for the prior proposed pleading attached to **ECF No. 28**; evaluate **ECF No. 28** using the corrected pleading; and grant the service and response-deadline relief stated above.

Respectfully submitted,

Robert M. McAlkich III
8698 Community Boulevard
Warren, Michigan 48093
Telephone: (231) 413-8458
Email: mcalkich9716285110@gmail.com
Plaintiff, pro se
Date: July 30, 2026