# B

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT M. McALKICH III,**<br>Plaintiff,<br>v.<br>**SHELLPOINT MORTGAGE SERVICING, LLC, formerly known as NEWREZ LLC, d/b/a SHELLPOINT MORTGAGE SERVICING,**<br>**STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY,**<br>**EQUIFAX INFORMATION SERVICES LLC,**<br>Defendants. | **Case No. 1:26-cv-00468-PLM-RSK**<br>Hon. Paul L. Maloney<br>Magistrate Judge Ray Kent<br><br>**ORDER** |

### PARTY, COUNSEL, AND SERVICE INFORMATION

**PLAINTIFF - PRO SE**
Robert M. McAlkich III
8698 Community Boulevard,
Warren, Michigan 48093
(231) 413-8458 |
mcalkich9716285110@gmail.com
**NEWREZ/SHELLPOINT**
A J Fabianczyk, Husch Blackwell LLP
120 S. Riverside Plaza, Suite 2200, Chicago, Illinois 60606
aj.fabianczyk@huschblackwell.com
Additional correspondence:
Laura.Conroy@huschblackwell.com

**STATE AUTO**
Stephen P. Brown, Plunkett Cooney, P.C.
38505 Woodward Avenue, Suite 100, Bloomfield Hills, Michigan 48304
(248) 594-6304 |
sbrown@plunkettcooney.com
**EQUIFAX**
Heather H. Sharp, Seyfarth Shaw LLP
1075 Peachtree Street, Suite 2500, Atlanta, Georgia 30309
hsharp@seyfarth.com
Additional correspondence: Ritika Singh, (469) 608-6763,
risingh@seyfarth.com; Jennifer R. Brooks, jrbrooks@seyfarth.com

**EQUIFAX**
Jordan S. Bolton, Taft Stettinius & Hollister LLP
27777 Franklin Road, Suite 2500, Southfield, Michigan 48034
jbolton@taftlaw.com
**PROPOSED RULE 4 SERVICE**
Sterling Claims Management, Inc. - c/o CSC - Lawyers Incorporating Service, 2710 Gateway Oaks Drive, Suite 150N, Sacramento, California 95833
Trans Union LLC - c/o CSC- Lawyers Incorporating Service (Company), 3410 Belle Chase Way, Suite 600, Lansing, Michigan 48911
Experian Information Solutions, Inc. - c/o The Corporation Company, 40600 Ann Arbor Road East, Suite 201, Plymouth, Michigan 48170

This matter is before the Court on Plaintiff's Motion for Leave to Substitute Corrected Proposed Second Amended Complaint for **Exhibit A** to **ECF No. 28**. For good cause shown, the motion is GRANTED.

1

1.      The Corrected Proposed Second Amended Complaint attached as **Exhibit A** to Plaintiff's substitution motion shall replace the proposed pleading previously attached as **Exhibit A** to **ECF No. 28**.

2.      Plaintiff's pending Motion for Leave to File Second Amended Complaint, **ECF No. 28**, shall be evaluated using the corrected proposed pleading.

3.      This Order grants only substitution of the corrected proposed pleading as **Exhibit A**. The Court will separately determine the relief requested in **ECF No. 28**, including leave to amend, filing of any operative complaint, service, and response deadlines.

IT IS SO ORDERED.

Date and judicial signature to be entered by the Court.

HON. PAUL L. MALONEY
UNITED STATES DISTRICT JUDGE

2