**FILED - LN**
July 30, 2026 2:02 PM
CLERK  OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:___pjw__/_____  SCANNED BY /W/730

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| **ROBERT M. McALKICH III,**<br>Plaintiff,<br>v.<br>**SHELLPOINT MORTGAGE SERVICING, LLC, formerly known as NEWREZ LLC, d/b/a SHELLPOINT MORTGAGE SERVICING,<br>STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY,<br>EQUIFAX INFORMATION SERVICES LLC,**<br>Defendants. | **Case No. 1:26-cv-00468-PLM-RSK**<br>Hon. Paul L. Maloney<br>Magistrate Judge Ray Kent<br><br>**CERTIFICATE OF SERVICE** |

## PARTY, COUNSEL, AND SERVICE INFORMATION

**PLAINTIFF - PRO SE**
Robert M. McAlkich III
8698 Community Boulevard,
Warren, Michigan 48093
(231) 413-8458 |
mcalkich9716285110@gmail.com

**NEWREZ/SHELLPOINT**
A J Fabianczyk, Husch Blackwell LLP
120 S. Riverside Plaza, Suite 2200,
Chicago, Illinois 60606
aj.fabianczyk@huschblackwell.com
Additional correspondence:
Laura.Conroy@huschblackwell.com

**STATE AUTO**
Stephen P. Brown, Plunkett Cooney, P.C.
38505 Woodward Avenue, Suite 100,
Bloomfield Hills, Michigan 48304
(248) 594-6304 |
sbrown@plunkettcooney.com

**EQUIFAX**
Heather H. Sharp, Seyfarth Shaw LLP
1075 Peachtree Street, Suite 2500,
Atlanta, Georgia 30309
hsharp@seyfarth.com
Additional correspondence: Ritika Singh,
(469) 608-6763,
risingh@seyfarth.com;
Jennifer R. Brooks,
jrbrooks@seyfarth.com

**EQUIFAX**
Jordan S. Bolton, Taft Stettinius & Hollister LLP
27777 Franklin Road, Suite 2500,
Southfield, Michigan 48034
jbolton@taftlaw.com

**PROPOSED RULE 4 SERVICE**
Sterling Claims Management, Inc. - c/o CSC - Lawyers Incorporating Service,
2710 Gateway Oaks Drive, Suite 150N,
Sacramento, California 95833
Trans Union LLC - c/o CSC- Lawyers
Incorporating Service (Company),
3410 Belle Chase Way, Suite 600,
Lansing, Michigan 48911
Experian Information Solutions, Inc. -
c/o The Corporation Company,
40600 Ann Arbor Road East, Suite 201,
Plymouth, Michigan 48170

I certify that on July 30, 2026, I served the following documents:

• Plaintiff's Motion for Leave to Substitute Corrected Proposed Second Amended Complaint for Exhibit

   A to ECF No. 28;

• Plaintiff's Brief in Support;

1

- Certificate Regarding Motion Concurrence;

- Exhibit A - Corrected Proposed Second Amended Complaint and Jury Demand, including the

     narrowed Sterling and conversion allegations; and

- Proposed Order.

Service was made by email on July 30, 2026, at 10:47:51 a.m. Eastern Time, by transmitting the attached PDF filing packet to the counsel of record identified below.

1.  A J Fabianczyk, Husch Blackwell LLP, Counsel for Shellpoint Mortgage Servicing, LLC, at

     aj.fabianczyk@huschblackwell.com.

2.  Stephen P. Brown, Plunkett Cooney, P.C., Counsel for State Auto Property and Casualty Insurance

     Company, at sbrown@plunkettcooney.com.

3.  Heather H. Sharp, Seyfarth Shaw LLP, Counsel for Equifax Information Services LLC, at

     hsharp@seyfarth.com.

4.  Jordan S. Bolton, Taft Stettinius & Hollister LLP, Counsel for Equifax Information Services LLC, at

     jbolton@taftlaw.com.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Robert M. McAlkich III
8698 Community Boulevard
Warren, Michigan 48093
Telephone: (231) 413-8458
Email: mcalkich9716285110@gmail.com
Plaintiff, pro se
Date: July 30, 2026

2