**FILED - LN**
July 30, 2026 2:02 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:___piw /_____ SCANNED BY:___

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT M. McALKICH III,**<br>Plaintiff,<br>v.<br>**SHELLPOINT MORTGAGE SERVICING, LLC, formerly known as NEWREZ LLC, d/b/a SHELLPOINT MORTGAGE SERVICING,**<br>**STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY,**<br>**EQUIFAX INFORMATION SERVICES LLC,**<br>Defendants. | **Case No. 1:26-cv-00468-PLM-RSK**<br>Hon. Paul L. Maloney<br>Magistrate Judge Ray Kent<br><br>**CERTIFICATE REGARDING MOTION CONCURRENCE** |

## PARTY, COUNSEL, AND SERVICE INFORMATION

**PLAINTIFF - PRO SE**
Robert M. McAlkich III
8698 Community Boulevard,
Warren, Michigan 48093
(231) 413-8458 |
mcalkich9716285110@gmail.com

**NEWREZ/SHELLPOINT**
A J Fabianczyk, Husch Blackwell LLP
120 S. Riverside Plaza, Suite 2200, Chicago, Illinois 60606
aj.fabianczyk@huschblackwell.com
Additional correspondence:
Laura.Conroy@huschblackwell.com

**STATE AUTO**
Stephen P. Brown, Plunkett Cooney, P.C.
38505 Woodward Avenue, Suite 100, Bloomfield Hills, Michigan 48304
(248) 594-6304 |
sbrown@plunkettcooney.com

**EQUIFAX**
Heather H. Sharp, Seyfarth Shaw LLP
1075 Peachtree Street, Suite 2500, Atlanta, Georgia 30309
hsharp@seyfarth.com
Additional correspondence: Ritika Singh, (469) 608-6763,
risingh@seyfarth.com; Jennifer R. Brooks, jrbrooks@seyfarth.com

**EQUIFAX**
Jordan S. Bolton, Taft Stettinius & Hollister LLP
27777 Franklin Road, Suite 2500, Southfield, Michigan 48034
jbolton@taftlaw.com

**PROPOSED RULE 4 SERVICE**
Sterling Claims Management, Inc. - c/o CSC - Lawyers Incorporating Service, 2710 Gateway Oaks Drive, Suite 150N, Sacramento, California 95833
Trans Union LLC - c/o CSC- Lawyers Incorporating Service (Company), 3410 Belle Chase Way, Suite 600, Lansing, Michigan 48911
Experian Information Solutions, Inc. - c/o The Corporation Company, 40600 Ann Arbor Road East, Suite 201, Plymouth, Michigan 48170

Plaintiff Robert M. McAlkich III certifies the following concerning his good-faith efforts to obtain concurrence in Plaintiff's Motion for Leave to Substitute Corrected Proposed Second Amended Complaint for **Exhibit A** to **ECF No. 28:**

1

1.      On July 28, 2026, Plaintiff emailed A J Fabianczyk, Stephen P. Brown, Heather H. Sharp, and Jordan S. Bolton requesting an immediate interactive conference concerning Plaintiff's anticipated Motion for Leave to Substitute Corrected Proposed Second Amended Complaint for **Exhibit A** to **ECF No. 28**. The email described the requested substitution, identified the positions Plaintiff requested from each defendant, offered prompt telephone or video availability, and asked counsel how they preferred to receive the proposed filing package.

2.      Shellpoint previously filed **ECF No. 32** on July 14, 2026, stating that it did not oppose the amendment request presented in **ECF No. 28** while reserving all defenses to the legal sufficiency of the proposed pleading. As of the signing of this certificate on July 30, 2026, Plaintiff had not received a separate concurrence position from A J Fabianczyk concerning the present substitution motion. No interactive conference occurred with Shellpoint concerning this substitution motion.

3.      On July 28, 2026, Stephen P. Brown responded that he was outside the country and unavailable for a Rule 7 conference. Mr. Brown stated that his client would take no position and authorized Plaintiff to represent that his client does not oppose the motion or request, subject to all reservations of rights, positions, and defenses, and waiver of none. No telephone or video conference occurred with State Auto because counsel stated that he was unavailable.

4.      On July 28, 2026, Ritika Singh of Seyfarth Shaw LLP responded on behalf of the Equifax defense team and requested that Plaintiff circulate the proposed motion and supporting materials for review. Ms. Singh stated that Equifax could not state a position concerning the requested relief without reviewing the basis for the motion. Her response copied A J Fabianczyk, Heather H. Sharp, Stephen P. Brown, Jordan S. Bolton, and Jennifer R. Brooks. As of the signing

2

of this certificate on July 30, 2026, Equifax had not stated a final concurrence position. No telephone or video conference occurred with Equifax.

5. The requested conference concerned whether each existing defendant would concur in, oppose, or take no position on substituting the corrected proposed pleading for the prior **Exhibit A**; whether any procedural objection could be resolved without court intervention; whether expedited consideration was appropriate; and whether all merits and Rule 12 defenses would remain preserved. Court intervention remains necessary to obtain the requested substitution.

Respectfully submitted,

Robert M. McAlkich III
8698 Community Boulevard
Warren, Michigan 48093
Telephone: (231) 413-8458
Email: mcalkich9716285110@gmail.com
Plaintiff, pro se
Date: July 30, 2026